# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6240 | **DATE** | 9/13/2010 |
| **CASE TITLE** | JPMorgan Chase Bank, N.A. vs. PT Indah Kiat Pulp and Paper Corporation Tbk, et. al | | |

**DOCKET ENTRY TEXT**

As explained in the Statement section of this order, JPMorgan Chase Bank, N.A.'s ("JPMorgan") "Motion Pursuant to Rule 60(b) to Modify the Judgment Entered April 21, 2010 and Supplemental Motion for Attorney's Fees and Costs" [293] is granted, and the damages award issued in favor of JPMorgan by this court on April 21, 2010 [265, 266] is amended. Defendant PT Indah Kiat Pulp and Paper Corporation, Tbk is liable to JPMorgan for a total amount of $32,156,331.55; defendant PT Pabrick Kertas Tjiwi Kimia, Tbk is liable to JPMorgan for a total amount of $21,340,006.22; and defendant Asia Pulp and Paper Company, Ltd., as the guarantor, is liable to JPMorgan for a total amount of $53,496,337.77. Judgment is hereby ordered entered in favor of the plaintiff JPMorgan and against each defendant in those respective amounts.

■[ For further details see text below.]   Notices mailed.

## STATEMENT

    Plaintiff JPMorgan Chase Bank, N.A.'s ("JPMorgan") First Amended Complaint alleges that defendants Asia Pulp and Paper Company, Ltd. ("APP"), PT Indah Kiat Pulp and Paper Corporation, Tbk ("IK") and PT Pabrick Kertas Tjiwi Kimia, Tbk ("TK") (collectively "Defendants") are liable to JPMorgan for breaching the terms and conditions of certain promissory notes and guarantees. On December 12, 2008, JPMorgan filed motions for summary judgment against APP (Dkt. No. 218) and IK and TK (Dkt. No 220). On October 14, 2009, this court granted JPMorgan's motion for summary judgment against IK and TK, while reserving the issues of damages and JPMorgan's motion for summary judgment against APP. (Dkt. Nos. 257, 258.) JPMorgan's motion for summary judgment against APP was granted on April 21, 2010. (Dkt. Nos. 265, 266.) At that time, this court awarded JPMorgan $50,746,712.03 in damages for the amounts due on the promissory notes, including prejudgment interest, and reserved the matter of JPMorgan's attorneys' fees and collection costs pending JPMorgan's submission of the further documentation requested by the court in that opinion.

    Now before the court is JPMorgan's "Motion Pursuant to Rule 60(b) to Modify the Judgment Entered April 21, 2010 and Supplemental Motion for Attorney's Fees and Costs" (Dkt. No. 293) ("Motion"), through which JPMorgan has supplied the additional documentation necessary to support JPMorgan's requested attorneys' fees. Defendants have not responded to JPMorgan's Motion or otherwise disputed the accuracy of JPMorgan's documentation or calculations. The court finds that the numerous invoices and billing summaries submitted by JPMorgan reflect the amount of attorneys' fees actually paid by JPMorgan in litigating this matter and substantially support its request for attorneys' fees and costs in the amount of $503,641.26. As previously noted by this curt in its April 21, 2010 Memorandum Opinion and Order, the best evidence that legal fees and costs are reasonable is the value placed on these legal services by actual paying clients. (Dkt. No. 266 at 12.) Moreover, although an outstanding balance of $16,117.60 remains

unpaid by JPMorgan to the law firm of Crowley & Lamb, P.C., the court finds that the rates and hours charged in connection with these fees, as set forth in the Second Supplemental Affidavit of Attorney James M. Crowley (Dkt. No. 293, Ex. F (attachments)), are reasonable. Accordingly, the court awards JPMorgan attorneys' fees and costs in the requested amount of $503,641.26, covering "all attorney's fees and costs incurred in connection with this litigation . . . as of July 31, 2010." (Mot. ¶ 22.)

JPMorgan also seeks modification of this court's April 21, 2010 order awarding JPMorgan damages, because that damages award was based on outdated affidavits. JPMorgan is correct that the court erroneously based its damages calculations in the April 21, 2010 order on outdated affidavits. Relying on the most current affidavits, that damages award is hereby amended to award JPMorgan $52,992,696.51 for the amounts due on the IK and TK Notes, including prejudgment interest through April 21, 2010, as requested by JPMorgan. (Mot. ¶ 17.)

The total amount awarded to JPMorgan is thus $53,496,337.77. The specific amount for which each of the defendants is liable is explained below.

Defendant IK is liable to JPMorgan for $31,904,510.92, for the principal and prejudgment interest due on the IK Note, plus $251,820.63 in attorneys' fees and costs, for a total amount of $32,156,331.55. (*See* Mot. 8.)

Defendant TK is liable to JPMorgan for $21,088,185.59, for the principal and prejudgment interest due on the TK Note, plus $251,820.63 in attorneys' fees and costs, for a total amount of $21,340,006.22. (*Id.*)

Defendant APP, as the guarantor, is liable to JPMorgan for $52,992,696.51, for the principal and prejudgment interest due on both the IK and TK Notes, plus the full amount of JPMorgan's attorneys' fees and costs, $503,641.26, for a total amount of $53,496,337.77. (*Id.*)

*James F. Holderman*

| | Courtroom Deputy Initials: | |
|---|---|---|