# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| JP Morgan Chase Bank, N.A. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 02 C 6240 |
| PT Indah Kiat Pulp and Paper Corporation Tbk, et al | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other: judgment is entered in favor of the plaintiff JP Morgan and against the defendant PT Indah in the amount of $32,156.331.55; against defendant PT Pabrick in the amount of $21,340,006.22; and against defendant Asia Pulp as the guarantor in the amount of $53,496,337.77.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge James F. Holderman on a motion for modification of the judgment entered on April 21, 2010.

Date: Sep 13, 2010

Michael W. Dobbins, Clerk of Court

Alyce Mobley Morris
Deputy Clerk