Case: 1:02-cv-06240 Document #: 298 Filed: 10/13/10 Page 1 of 4 PageID #:7007

PAID
RECEIPT # 10294248339
FILED
OCT 13 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
OCT 13 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

29912/12682/DVD/AMM

ARDC #6276038

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., successor in interest to THE FIRST NATIONAL BANK OF CHICAGO,<br><br>    Plaintiff-Appellee,<br><br>    v.<br><br>PT INDAH KIAT PULP AND PAPER CORPORATION, et al.,<br><br>    Defendants- Appellants. | No. 02 C 6240<br><br>Judge James F. Holderman<br><br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF APPEAL

NOTICE is hereby given that defendants, ASIA PULP AND PAPER COMPANY, LTD., a corporation organized under the laws of Singapore ("APP"), PT INDAH KIAT PULP AND PAPER CORPORATION ("IK") and PT PABRIK KERTAS TJIWI KIMI ("TK"), appeal to the United States Court of Appeals for the Seventh Circuit from three Orders entered by Judge James F. Holderman: (1) October 14, 2009 Order granting JP Morgan's motion for summary judgment against defendants IK and TK; (2) April 21, 2010 Order granting JP Morgan's motion for summary judgment against defendant APP; and (3) September 13, 2010 Orders amending the April 21, 2010 judgment and awarding damages in the total amount of $32,156,331.55.

Dated: October 13, 2010

Respectfully submitted,

CASSIDAY SCHADE LLP

BY: _____
Attorneys for Defendants-Appellants, ASIA PULP AND PAPER COMPANY, LTD., a corporation organized under the laws of Singapore, PT INDAH KIAT PULP AND PAPER CORPORATION and PT PABRIK KERTAS TJIWI KIMI

Trisha K. Tesmer
ARDC #6276038
CASSIDAY SCHADE LLP
20 North Wacker Drive - Suite 1000
Chicago, Illinois 60606
312.641.3100 – Phone
312.444.1669 – Fax
TKT@cassiday.com

7414727 TTESMER;TTESMER

29912/12682/DVD/AMM

No. _____

APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT
FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., successor in interest to THE FIRST NATIONAL BANK OF CHICAGO,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>PT INDAH KIAT PULP AND PAPER CORPORATION, et al.,<br><br>Defendants-Appellants. | No. 02 C 6240<br><br>JUDGE JAMES F. HOLDERMAN<br><br>MAGISTRATE JUDGE GERALDINE SOAT BROWN |

### CERTIFICATE OF SERVICE VIA U.S. MAIL

I, Trisha K. Tesmer, an attorney, certify that on **October 13, 2010,** the following documents were served upon the following attorneys of record (please see attached service list), via U.S. Mail.

### NOTICE OF APPEAL

on behalf of Defendants, Asia Pulp & Paper Co., Ltd., a corp. organized under the laws of Singapore and PT Indah Kiat Pulp & Paper Corp. and PT Pabrik Kertas Tjiwi Kimi.

CASSIDAY SCHADE LLP

By: _____
One of the Attorneys for Defendants, Asia Pulp & Paper Co., Ltd., a corp. organized under laws of Singapore, PT Indah Kiat Pulp & Paper Corp., and PT Pabrik Kertas Tjiwi Kimi

Trisha K. Tesmer
ARDC No. 6276038
CASSIDAY SCHADE LLP
20 North Wacker Drive, Suite 1000
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – fax

29912/12682/DVD/AMM
JP MORGAN CHASE BANK, N.A., successor in interest to THE FIRST NATIONAL BANK OF CHICAGO v. PT INDAH KIAT PULP AND PAPER CORPORATION, et al.

## SERVICE LIST

James Crowley
Crowley & Lamb
350 N. LaSalle Street
Suite 900
Chicago IL 60610
(312) 670-6900
(312) 467-5926 (Fax)

7420669 TTESMER;BWEEKS