## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 02CV6240        Assigned/Issued By: JN

Judge Name:        Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
        ☐ IFP   ☒ No Fee   ☐ Other _____
        ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons         ☐ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                _____
                *(Victim, Against and $ Amount)*

☒ Citation to Discover Assets    ☐ Other

☐ Writ _____    _____
  *(Type of Writ)*            _____
                *(Type of issuance)*

1  Original and  1  copies on  10/19/10  as to _____
             *(Date)*
CORPORATE REPRESENTATIVE FAMILIAR WITH ASSETS OF PT PABRIK KERTAS TJIWI

KIMIA.  NO NOTICE