IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, NA. | ) | NO.: 02-CV-6240 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES F. HOLDERMAN |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE: |
| | ) | GERALDINE SOAT BROWN |
| PT INDAH KIAT PULP AND PAPER CORPORATION Tbk, a corporation duly Organized under the laws of the Republic of Indonesia; PT PABRIK KERTAS TJIWI KIMIA Tbk, a corporation duly organized under the laws of the Republic of Indonesia; ASIA PULP AND PAPER COMPANY, LTD., a corporation duly organized under the laws of Singapore; | ) ) ) ) ) ) ) ) ) ) | FILED FEB 24 2011 YM MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| Defendants. | ) | |

## NOTICE OF THIRD PARTY CITATION TO DISCOVER ASSETS

To: Harris Bankcorp, Inc., C/o Colleen Hennessy, Registered Agent, 111 W. Monroe St., Chicago, Illinois 60603

Name and address of court: IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, located at Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604.

Judgment creditor: JPMORGAN CHASE BANK, NA

Name and address of attorney for judgment creditor: Adela C. Lucchesi, CROWLEY & LAMB, P.C., 350 NORTH LASALLE STREET, SUITE 900, CHICAGO, ILLINOIS 60654

Judgment debtor: ASIA PULP AND PAPER COMPANY, LTD

Last known address of judgment debtor:   118 Pioneer Road
Singapore 639598
Republic of Singapore

Amount of judgment: $53,496,337.77 plus costs and interest from September 14, 2010 and thereafter until the balance has been paid in full, less credits received.

Name of person receiving citation: Harris Bankcorp, Inc.., C/o Colleen Hennessy, Registered Agent, 111 W. Monroe St., Chicago, Illinois 60603

**Date and time of citation**: Law offices of CROWLEY & LAMB, PC, 350 N. LaSalle St., Suite 900, Chicago, IL 60654, on Tuesday, **March 15, 2011 at 10:30 a.m**. In lieu of your personal appearance, you may produce the documents referenced below by Monday, **March 14, 2011**.

Address of the clerk of court: IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, located at Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604.

NOTICE: Pursuant to Federal Rule of Civil Procedure 69(a), "[t]he procedure on execution, in proceedings supplementary to and in aid of a judgment, and in proceedings on and in aid of execution shall be in accordance with the practice and procedure of the state in which the district court is held, existing at the time the remedy is sought, except that any statute of the United States governs to the extent that it is applicable."

NOTICE: THE COURT HAS ISSUED A CITATION AGAINST THE PERSON NAMED ABOVE. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtors in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The judgment debtors have the right to assert statutory exemptions against certain income or assets of the judgment debtor which may not be used to satisfy the judgment in the amount stated above:

> (1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; social security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400.00 in value, in any one motor vehicle; and the debtor's equity interest, not to exceed $1,500.00 in value, in any implements, professional books, or tools of the trade of the debtor.

> (2) Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000.00, which homestead is exempt from judgment.

> (3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage, or under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

(6) Court Ordered Child Support Deductions may be exempt.

(7) Certain types of personal property identified in 735 ILCS 5/12-1001 may be exempt.

(8) Proceeds from life insurance policies may be exempt, pursuant to 215 ILCS 5/238.

(9) The judgment debtor may also have other possible exemptions under the law (See, generally: Ill. Rev. Stat., Ch 110, Sec. 12-1002(b)).

The judgment debtor has the right at the citation hearing to declare exempt certain income or assets or both. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at the address indicated above. When so notified, the clerk of the court will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor regarding the time and location of the hearing. This notice may be sent by regular first class mail.

_____
Adela C. Lucchesi

Adela C. Lucchesi
CROWLEY & LAMB, P.C.
350 North LaSalle Street, Suite 900
Chicago, Illinois 60654
312/670-6900
Attorney No. 6271305